**JOHNSON & JOHNSON LLP**
Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
James T. Ryan (SBN 210515)
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:  (310) 975-1095
Email:  njohnson@jjllplaw.com
        djohnson@jjllplaw.com
        jryan@jjllplaw.com

Attorneys for Plaintiff,
PLAYBOY ENTERPRISES, INC.

FILED 2010 JUN 25 PM 4:11

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PLAYBOY ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DRAKE aka AUBREY DRAKE GRAHAM, CASH MONEY RECORDS, INC., UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP., <br><br> Defendants. | CASE NO. CV10-4750 mmm (RCx) <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br><br> DEMAND FOR JURY TRIAL |

COPY

Plaintiff PLAYBOY ENTERPRISES, INC., demanding trial by jury, complains and allege as follows:

## I.

## JURISDICTION AND VENUE

1. Plaintiff's Claim for Relief arises under the Copyright Laws of the United States, as amended (17 U.S.C. § et seq.). The Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§ 1338 and 1331.

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b)(2) because Defendants have committed acts of infringement in this judicial district, Plaintiff resides in this district and Defendant Universal Music Group, Inc. resides in this district.

## II.

## THE PARTIES

### Plaintiff

3. Plaintiff Playboy Enterprises, Inc. ("Playboy") does business in Los Angeles County, California. Plaintiff is the legal owner of the sound recording "Fallin' in Love," by Hamilton, Joe Frank and Reynolds aka Hamilton Joe Frank and Dennison, which has been duly registered for copyright as N23783, a copy of which is attached hereto as Exhibit 1. Plaintiff is the successor-in-interest to Playboy Music, Inc. and has acquired all of Playboy Music, Inc.'s rights in and to the sound recording.

### Defendants

4. Plaintiff is informed and believes, and on that basis alleges, that Defendant Drake is a recording artist, whose given name is Aubrey Drake Graham ("Drake"), and is a resident of Canada, who at all times herein was regularly doing business in California. Drake's principal place of business is Hip Hop Since 1978, located at 1290 Avenue of the Americas, 26th Floor, New York, New York, 10104.

On information and belief, Drake is the artist who performs on the infringing sound recording "Best I Ever Had."

5. Plaintiff is informed and believes, and on that basis alleges, that Defendant Cash Money Records, Inc. ("Cash Money"), is a Louisiana corporation, engaged in the business of marketing and distributing musical recordings, with its principal place of business being 6200 Eastover Drive, New Orleans, Louisiana 70128. On information and belief, Cash Money regularly conducts business in this judicial district. On information and belief, Cash Money has marketed and/or distributed the infringing sound recording "Best I Ever Had."

6. Plaintiff is informed and believes, and on that basis alleges, that Defendant Universal Music Group, Inc. ("Universal"), is engaged in the business of marketing and distributing musical recordings, with its headquarters and principal place of business in the County of Los Angeles. On information and belief, Universal has marketed and/or distributed the infringing sound recording "Best I Ever Had."

7. Plaintiff is informed and believes, and on that basis alleges, that Defendant Universal Music Group Distribution, Corp. ("Universal Distribution"), is engaged in the business of marketing and distributing musical recordings, with its headquarters and principal place of business in the County of Los Angeles. On information and belief, Universal Distribution has marketed and/or distributed the infringing sound recording "Best I Ever Had," and is the distribution platform for Drake, Cash Money and Universal.

## III.

## NATURE OF COMPLAINT

8. Plaintiff owns the copyright in the sound recording "Fallin' in Love."

9. Within three years of the date this Complaint is filed, Defendants caused to be marketed and/or distributed to the public the sound recording "Best I

Ever Had," however, on information and belief, the music thereof is comprised of the sound recording, "Fallin' in Love" which Plaintiff owns. "Best I Ever Had" has been an enormous commercial success.

## IV.

## CLAIM FOR RELIEF

### (COPYRIGHT INFRINGEMENT – Against All Defendants)

10. Plaintiff incorporates by reference all previous allegations as if fully set forth herein.

11. Each Defendant willfully, wantonly, and in conscious disregard and intentional disregard of indifference to the rights of Plaintiff made and distributed in the United States, caused to be made and distributed in the United States, and aided, abetted, contributed to, and participated in the unauthorized making and distribution of phonorecords containing the copyrighted sound recording owned by Plaintiff. Each Defendant either knew, or should have reasonably known, that the sound recording was protected by copyright. Each Defendant continues to infringe upon Plaintiff's rights in and to the copyrighted sound recording.

12. As a direct and proximate result of their wrongful conduct, Defendants have realized and continue to realize profits and other benefits rightfully belonging to Plaintiff. Accordingly, Plaintiff seeks an award of damages pursuant to 17 U.S.C. § 504.

13. Defendants' infringing conduct is continuing and ongoing. Plaintiff has suffered, and will continue to suffer, irreparable injury for which there is no adequate remedy at law, unless Defendants are enjoined by the Court. Therefore, Plaintiff prays that each Defendant, their respective agents, servants, employees, officers, attorneys, successors and assigns, and all of these persons actively in concert or participation with each or any of them, be preliminarily and permanently enjoined from directly or indirectly infringing upon the copyright owned by

4
COMPLAINT

Plaintiff in any manner, and from duplicating, causing to be duplicated or aiding, contributing to or participating in the unauthorized duplication of each said copyrighted work. Plaintiff asks that all infringing works be recalled and destroyed.

14. Each Defendant should be required to account for all gains, profits, and advantages derived by each Defendant from their acts of infringement.

15. Plaintiff is entitled to recover Plaintiff's costs of this action, including without limitation, reasonable attorneys' fees.

16. Each Defendant should pay to Plaintiff an award of prejudgment interest according to the proof.

17. Plaintiff should have such other and further relief as the Court deems just and proper.

DATED: June 24, 2010

JOHNSON & JOHNSON LLP

By _____
Neville L. Johnson
Douglas L. Johnson
James T. Ryan
Attorneys for Plaintiff,
Playboy Enterprises, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury pursuant to the Federal Rules of Civil Procedure, Rule 38(b) (28 U.S.C. § 38), and Local Rule 38-1.

DATED: June 24, 2010

JOHNSON & JOHNSON LLP

By _____
Neville L. Johnson

**EXHIBIT 1**

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

N 23783

May 4, 2010

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

C-731 01/2007—10,000

unt:

Page 1

# Application
## for Registration of a Claim to Copyright
### in a published sound recording

FORM N

REGISTRATION NO.  N 23783

CLASS N

DO NOT WRITE HERE
NF   NFO   (N)

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 11. The application should not be submitted until after the date of publication given in line 5 (a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name should be the same as in the notice of copyright on the copies deposited. If, instead of the name of the copyright owner, the notice contains an abbreviation by which the name can be recognized or a generally known alternative designation of the owner, see page 4 under *Alternative Form of Notice*.

Name ...... PLAYBOY MUSIC, INC.

Address ...... 8560 Sunset Blvd., 4th floor, Los Angeles, California 90069

Name ......

Address ......

**2. Title:** ...... FALLIN' IN LOVE b/w SO GOOD AT LOVIN' YOU   (P 6024)
(Give title of sound recording as it appears on the copies; also catalog number if one appears on the copies)

ept works
utside the

**3. (a) Description of Sound Recording Deposited:** ...... Disc
(Characterize the general type of sound recording; for example, disc, open-reel tape, cartridge, cassette, etc.)

**(b) Nature of Material Recorded:** ...... Music
(Characterize the general type of material recorded; for example, music, drama, narration, etc.)

**4. Author of This Sound Recording:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. If the copyright claim is based on new matter (see line 6) give information about the author of the new matter.

? America
States of

Name ...... Playboy Music, Inc.   Citizenship ...... U.S.A.
(Name of country)

Domiciled in U.S.A. Yes X  No ____   Address ...... 8560 Sunset Blvd. Los Angeles, California 90069

Name ......   Citizenship ...... (Name of country)

Domiciled in U.S.A. Yes ____ No ____  Address ......

**5. (a) Date of Publication of This Sound Recording:** Give the complete date when copies of this particular sound recording were first placed on sale, sold, or publicly distributed. The date when the sound recording was fixed or the date when copies were reproduced should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given.

April   25   1975
(Month)  (Day)  (Year)

**(b) Place of Publication of This Sound Recording:** Give the name of the country in which this particular sound recording was first published.

...... U.S.A.

▶▶ NOTE: Leave line 6 blank unless the instructions below apply to your work. ◀◀

**6. New Matter in This Sound Recording:** If any substantial part of the sounds fixed in this recording has been previously published in another recording, give a brief general statement of the nature of the new matter in this recording. New matter may consist of compilation, remixing from original multitrack sound sources, and the like, as well as additional recorded material.

▶▶ NOTE: Leave line 7 blank unless the instructions below apply to your work. ◀◀

**7. Fixation before February 15, 1972:** If any substantial part of the sounds published for the first time in this recording was fixed before February 15, 1972, give a brief general statement of the nature of that material. (For further information concerning "fixation," see page 4.)

EXAMINER

Page 2

*Complete all applicable spaces on next page*

PLAYBOY MUSIC PUBLISHING CO.

9. Name and address of person or organization to whom correspondence and refund, if any, should be sent:

Name ....Playboy Records.............................. Address  8560 Sunset Blvd., 4th floor
                                                                Los Angeles, Calif.  90069

10. Send certificate to:

(Type or print name and address)

Name: PLAYBOY RECORDS
Address: 8560 Sunset Blvd. 4th floor
         (Number and street)
         Los Angeles, California 90069
         (City)        (State)       (ZIP code)

11. Certification:

(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

_____
(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request:

| Class | Form |
|---|---|
| Class A | Form A—Published book manufactured in the United States of America. |
| Class A or B | Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law). |
| | Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America. |
| Class B | Form B—Periodical manufactured in the United States of America. |
| | Form BB—Contribution to a periodical manufactured in the United States of America. |
| Class C | Form C—Lecture or similar production prepared for oral delivery. |
| Class D | Form D—Dramatic or dramatico-musical composition. |
| Class E | Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America. |
| | Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America. |
| Class F | Form F—Map. |
| Class G | Form G—Work of art or a model or design for a work of art. |
| Class H | Form H—Reproduction of a work of art. |
| Class I | Form I—Drawing or plastic work of a scientific or technical character. |
| Class J | Form J—Photograph. |
| Class K | Form K—Print or pictorial illustration. |
| | Form KK—Print or label used for an article of merchandise. |
| Class L or M | Form L–M—Motion picture. |
| Class N | Form N—Sound recording. |
| ⊙ | Form R—Renewal copyright. |
| ⊙ | Form U—Notice of use of copyrighted music on mechanical instruments. |

FOR COPYRIGHT OFFICE USE ONLY

Application received
MAY 09 1975

Two copies received
MAY 09 1975

Fee received

Renewal

Page 2

U.S. GOVERNMENT PRINTING OFFICE : 1974—O-553-523

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**a) PLAINTIFFS** (Check box if you are representing yourself ☐)
PLAYBOY ENTERPRISES, INC.,

**DEFENDANTS**
DRAKE aka AUBREY DRAKE GRAHAM, CASH MONEY RECORDS, INC., UNIVERSAL MUSIC GROUP, INC., UNIVERSAL MUSIC GROUP DISTRIBUTION, CORP.,

**b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Johnson & Johnson LLP
439 North Canon Drive., Suite 200
Beverly Hills, CA 90210

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT:** $ TO BE PROVEN

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 USC 504; COPYRIGHT INFRINGEMENT OF A SOUND RECORDING

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth In Lending | | ☐ 720 Labor/Mgmt. Relations |
| 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV10-4750

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)        CIVIL COVER SHEET        Page 1

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
              ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | CANADA, LOUISIANA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date 6/24/2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

439 North Canon Drive., Suite 200
Beverly Hills, CA 90210

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Playboy Enterprises, Inc., <br><br> PLAINTIFF(S) <br> v. <br><br> Drake aka Aubrey Drake Graham, Cash Money Records, Inc., Universal Music Group, Inc., Universal Music Group Distribution, Corp., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV10-4750 mmm (RCx) <br><br> **SUMMONS** |

TO: DEFENDANT(S): Drake aka Aubrey Drake Graham, Cash Money Records, Inc., Universal Music Group, Inc., Universal Music Group Distribution, Corp.,

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Neville L. Johnson__, whose address is __439 North Canon Drive., Suite 200, Beverly Hills, CA 90210__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __6/25/10__  By: _____
                        Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

COPY

CV-01A (12/07) SUMMONS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

```
CV10- 4750 MMM (RCx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| **[X] Western Division** | **[_] Southern Division** | **[_] Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY